IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

_____
                                    )
KAREN SHARR, et al.,                )
                                    )
       Plaintiffs,                  )
                                    )
v.                                  )  Civil Action 05mc19
                                    )
                                    )
NCS PEARSON, INC., a Minnesota Corp. )
                                    )
       Defendant.                   )
_____)

**ORDER**

    This matter comes before the Court on Plaintiffs' Motion to Transfer their Motion to Compel to the United States District Court for the District of Oregon.

    For the reasons stated from the bench, it is hereby

    ORDERED that Plaintiffs' Motion to Transfer is DENIED.


                                        /s/

                             _____
                             CLAUDE M. HILTON
                             UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 13, 2005